84 A.3d 1056

**Martin LIPSKY and Daniel Lipsky and Elie Lipsky, Appellees**

v.

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, the order of the Superior Court is affirmed by operation of law, as the votes among eligible Justices are equally divided.